58-14805

2010122901157 28
Prince William County, VA  Pgs: 2
12/29/2010 9:37:18AM
Michèle B. McQuigg, Clerk

## DEED

THIS DEED is made this 22 day of December, 2010, by and between Herbert WILLIAMS, JR. and Gayle Elizabeth CARLEY, Grantors and Herbert WILLIAMS, JR., Grantee. 440 BELMONT BAY DR. #317 WOODBRIDGE VA 22191

WITNESSETH:

That for and in consideration of the sum of TEN DOLLARS ($10.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Grantors do hereby grant, bargain, sell and convey, in fee simple and with General Warranty and English Covenants of Title, unto the Grantee, the following described property, situate, lying and being in the County of Prince William, Virginia, to-wit:

Condominium Unit 317, HARBOR POINT EAST AT BELMONT BAY, A Condominium, and the limited common elements appurtenant thereto, Including Common Element Parking Space(s), P-6 and P-7 and Common Element Storage 25 and 3D, established by condominium instruments recorded on June 2, 2004 as Instrument No. 200406020092344, with plat recorded as Instrument Number 200406020092345, and any supplemental declarations and/or amendments recorded subsequent thereto, among the land records of Prince William County, Virginia. 8492-53-3957.03

AND BEING the same property conveyed to Herbert Williams, Jr. and Garyle Elizabeth Carley, by virtue of a Deed dated 05/19/2010 and recorded as Instrument No. 201006070048073 among the Land Records of Prince William County, Virginia.

This conveyance is made subject to the covenants, easements, conditions, restrictions, and rights of way of record.

Witness the following signature and seal:

_____ (SEAL)   _____ (SEAL)
Gayle Elizabeth Carley                Herbert Williams, Jr.

State of Virginia, County of Prince William, to-wit:

I, the undersigned Notary Public for the State and County aforesaid, do hereby certify that on this 22 day of December, 2010, Gayle Elizabeth Carley, whose name is signed to the foregoing Deed dated July   , 2010, acknowledged the same before me in my State and County aforesaid.

My commission expires: 5-31-2014
My Registration No. 7033480

_____
Notary Public

VIRGINIA ANN STEC
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MAY 31, 2014
COMMISSION # 7033480

EXHIBIT
1

State of Virginia, County of Prince William, to-wit:

I, the undersigned Notary Public for the State and County aforesaid, do hereby certify that on this 22 day of December, 2010, Herbert Williams, Jr., whose name is signed to the foregoing Deed dated July  , 2010, acknowledged the same before me in my State and County aforesaid.

My commission expires: 5-31-2014

My Registration No. 7077460

Notary Public

VIRGINIA ANN STEC
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES MAY 31, 2014
COMMISSION # 7033480

2