VIRGINIA:

IN THE CIRCUIT COURT OF PRINCE WILLIAM COUNTY

The Unit Owners Association of Harbor Point East
    Plaintiff

Case No. CL20013152

v.

Herbert Williams, Jr., et al.
    Defendant

### Motion's Day Praecipe/Notice

The Clerk of said Court will please place the above-referenced case on the Civil Motion's Day docket to be called on Friday May 7th                    , 20 21 at 10:00 a.m., for the following action:

Motion for default judgment and appointment of special commissioner of sale (previously filed)

SIGNATURE
Printed Name: Joseph Shannon, Esq.
Address:      Rees Broome, PC / 1900 Gallows Rd. #700 / Tysons Corner, VA
Phone:        22182 / 703-790-1911 / jshannon@reesbroome.com

### CERTIFICATE OF SERVICE:

[✓] I CERTIFY that I have in good faith conferred or attempted to confer with other affected parties in an effort to resolve the subject of the motion without Court action and to determine a mutually agreeable hearing date and time, pursuant to Rule 4:15(b) of the Rules of the Supreme Court of Virginia.

[✓] I CERTIFY that on the 1st day of April        , 20 21, I sent a copy of the foregoing to opposing party/counsel by ✓ Mail ___ Fax ___ Hand Delivery.
List the name, address, phone number for opposing party/counsel:

see certificate of service attached

SIGNATURE
Printed Name: Joseph Shannon, Esq.
Address:      Rees Broome, PC / 1900 Gallows Rd. #700 / Tysons Corner
Phone:        VA, 22182 / 703-790-1911 / jshannon@reesbroome.com

**Mail or Deliver original to:**
Clerk of the Circuit Court
9311 Lee Ave, Rm 314
Manassas, VA 20110
(703) 792-6029



EXHIBIT 5

## CERTIFICATE OF MAILING

      I hereby certify that a true copy of this Praecipe was mailed via first class mail, and as otherwise indicated, to the following parties on April 1, 2021:

Herbert Williams, Jr.
440 Belmont Bay Drive #317
Woodbridge, VA 22192
*Defendant, Pro Se*

Kendall Hamilton Tan, Esq.
Troutman Pepper
1001 Haxall Point, Suite 1500
Richmond, VA 23219
*Counsel for U.S. Bank N.A., as Trustee*
Via Electronic Mail: kendall.tan@troutman.com

Flora T Hezel, Esq.
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
*Counsel for Commonwealth of Virginia*
Via Electronic Mail: FHezel@oag.state.va.us

Whiteford, Taylor & Preston, LLP
3190 Fairview Park Dr. Suite 300
Falls Church, VA 22042
*Counsel for Belmont Bay Homeowners Association, Inc.*

Robert R. Michael, Esq.
8100 Three Chopt Road, Rm 240
Henrico, VA 23229
*Registered Agent for Equity Trustees, LLC*

Navy Federal Credit Union
Officer/Director
820 Follin Lane
Vienna, VA 22180
*Defendant, Pro Se*

Thomas W. Steele, Trustee
820 Follin Lane
Vienna, VA 22180
*Defendant, Pro Se*

Joan C. Cox, Trustee

820 Follin Lane
Vienna, VA 22180
*Defendant, Pro Se*

                                          Joseph J. Shannon, Esq.
Virginia State Bar No. 75628
REES BROOME, PC
1900 Gallows Road, Suite 700
Tysons Corner, VA 22182
(703) 790-1911
Email: jshannon@reesbroome.com
*Counsel for The Unit Owners
Association of Harbor Point East
Condominium at Belmont Bay*